**Order filed November 26, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-18-00531-CV
_____

### CARLOS  DAMIAN, Appellant

### V.

### PASA HOUSING GROUP, LLC; GURINDA AKHTAR, INDIVIDUALLY, Appellees

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-30631**

---

## O R D E R

The clerk's record was filed August 6, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c).  The record does not contain the "Defendant's First Amended No Evidence Motion for Summary Judgment" filed April 6, 2018.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **December 10, 2019**, containing the "Defendant's First Amended No Evidence Motion for Summary Judgment" filed April 6, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain.